IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNNIE FREEMAN,<br>    Petitioner, | : | CIVIL ACTION |
| v. | : | |
| JEROME WALSH, et al.,<br>    Respondents. | : | NO. 13-3264 |

**ORDER**

**AND NOW**, this 22nd day of October, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus and accompanying memorandum of law, the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of the state appellate proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings so that the habeas petition may proceed in this Court.

BY THE COURT:

MARY A. McLAUGHLIN, J.